# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

ROBERT GOODMAN                                                                         PLAINTIFF

v.                                    No. 3:21-cv-00013-JTR

KILOLO KIJAKAZI, Acting Commissioner
Social Security Administration                                                         DEFENDANT

## JUDGMENT

Consistent with today's Order, IT IS CONSIDERED, ORDERED, AND ADJUDGED that judgment be entered for Plaintiff, Robert Goodman, reversing the decision of the Commissioner and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 25th day of January, 2022.

_____
UNITED STATES MAGISTRATE JUDGE