UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ROBERT GOODMAN                                                                                    PLAINTIFF

v.                                   No. 3:21-cv-00013-JTR

KILOLO KIJAKAZI, Acting Commissioner
Social Security Administration                                                                DEFENDANT

## **ORDER**

Before the Court is Plaintiff Robert Goodman's Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act ("EAJA"). *Doc. 21*. The Motion is unopposed. *Doc. 23.*

Plaintiff's attorney, Stephanie Bartels Wallace, requests a total award of **$3,249.57** (which sum includes 0.25 attorney hours incurred in 2020, 11.0 attorney hours incurred in 2021 and 2022, 7.8 paralegal hours, and expenses of $20.07).

The Court concludes that Plaintiff is entitled to an award of attorney's fees under the EAJA and that the requested sum is reasonable.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Attorney's Fees pursuant to the EAJA (*Doc. 21*) is GRANTED.

Plaintiff is awarded **$3,249.57** in fees and expenses under the EAJA.[1]

---

[1] Consistent with the Commissioner's usual procedure in light of *Astrue v. Ratliff*, 560 U.S. 586 (2010), the check awarding EAJA fees should be made payable to Plaintiff but mailed to the Plaintiff in care of Plaintiff's attorney at the attorney's office.

SO ORDERED, this 9th day of May, 2022.

                                                   _____
                                                   UNITED STATES MAGISTRATE JUDGE